UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JOHN R. SNELL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 2:21-cv-00238-JPH-MG |
| | ) |
| AUTO-OWNERS INSURANCE COMPANY, | ) |
| | ) |
| Defendants. | ) |

**SHOW-CAUSE ORDER**

In May 2019, John Snell was involved in a car accident with an underinsured motorist in Putnam County, Indiana. Dkt. 1-1 at 6. On April 30, 2021, Mr. Snell sued Auto-Owners Insurance Company, which had issued him an "underinsured motorists coverage" policy, in Putnam County Circuit Court. *Id.* at 6–7.

Auto-Owners removed the action to this Court, alleging diversity jurisdiction under 28 U.S.C. § 1332. Dkt. 1 at 2. Mr. Snell has filed an objection to the notice of removal, contending that the amount in controversy is insufficient because the insurance contract between Mr. Snell and Auto-Owners prohibits awards "in excess of $75,000.00." Dkt. 11 at 2; *see* 28 U.S.C. § 1332(a) ("[T]he matter in controversy [must] exceed[] the sum or value of $75,000, exclusive of interest and costs . . . ."). Mr. Snell's objection also states that "defense counsel . . . has agreed that this matter should not be removed to Federal Court." Dkt. 11 at 2.

1

Because no response to Mr. Snell's objection has been filed, the Court **ORDERS** Auto-Owners to show cause by **July 30, 2021**, why this action should not be remanded to the Putnam County Circuit Court because of an insufficient amount in controversy. If no response is received by that date, the Court will remand the case to the Putnam County Circuit Court without further notice.

**SO ORDERED.**

Date: 7/13/2021

*James Patrick Hanlon*
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

Daniel J. McGlone
MCGLONE LAW
dan@mcglonelawoffice.com

Marie Alexander Kuck
KIGHTLINGER & GRAY, LLP (Indianapolis)
mkuck@k-glaw.com